Opinion filed September 25, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed September
25, 2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00237-CV

                                                    __________

 

                                   KEITH RUSSELL JUDD, Appellant

 

                                                             V.

 

                                 KAREN
Y. COREY-STEELE, Appellee

 



 

                                  On
Appeal from the County Court at Law No. 2

 

                                                           Ector
County, Texas

 

                                              Trial
Court Cause No. CC2-20,222

 



 

                                              M E
M O R A N D U M   O P I N I O N

Keith
Russell Judd has filed in this court a motion to dismiss his appeal.  In his
motion, Judd states that a final, appealable order has not yet been entered.  The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

September 25,
2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.